**Motion Granted; Appeal Dismissed and Memorandum Opinion filed November 18, 2021.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00411-CV
_____

**K. RAY CAMPBELL, Appellant**

**V.**

**FEATHERSTON TRAN PLLC, Appellee**

**On Appeal from the County Civil Court at Law No. 2
Harris County, Texas
Trial Court Cause No. 1158998**

## MEMORANDUM OPINION

This is an appeal from a judgment signed May 13, 2021. On November 3, 2021, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Zimmerer and Wilson.